| | |
|---|---|
| RAJ N. SHAH<br>raj.shah@dlapiper.com<br>ROGER L. LONGTIN<br>roger.longtin@dlapiper.com<br>(Admitted *Pro Hac Vice*)<br>DLA PIPER LLP (US)<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>Tel: 312.368.4000<br>Fax: 312.251.5714<br><br>TODD M. NOONAN (SBN 172962)<br>todd.noonan@dlapiper.com<br>DLA PIPER LLP (US)<br>400 Capitol Mall, Suite 400<br>Sacramento, California 95814-4428<br>Tel: 916.930.3206<br>Fax: 916.403.1651<br><br>Attorneys for Defendants<br>HARVEST POWER, INC.<br>GRO-WELL BRANDS, INC. | TODD M. FRIEDMAN (SBN 216752)<br>tfriedman@attorneysforconsumers.com<br>324 South Beverly Drive #725<br>Beverly Hills, California 90212<br>Tel: 877.206.4741<br>Fax: 866.663.0228<br><br>THOMAS A. ZIMMERMAN, JR.<br>tom@attorneyzim.com<br>MATTHEW C. DE RE<br>matt@attorneyzim.com<br>(*Pro Hac Vice* Applications Pending)<br>ADAM M. TAMBURELLI (SBN 301902)<br>adam@attorneyzim.com<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>Tel: 312.440.0020<br>Fax: 312.440.4180<br><br>Attorneys for Plaintiff<br>GLENN McMILLAN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN McMILLAN, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, HARVEST POWER, INC., a Delaware corporation, and GRO-WELL BRANDS, INC., a Delaware corporation,<br><br>  Defendants. | Case No. 1:15-CV-00695-KJM-SMS<br><br>**JOINT STIPULATION OF DISMISSAL OF HARVEST POWER, INC.** |

1  The undersigned parties, by their respective counsel, hereby agree and stipulate pursuant
2  to Fed. R. Civ. P. 41(a)(1)(A) to the dismissal of all claims asserted in this action against Harvest
3  Power, Inc., with prejudice as to Glenn McMillan, individually, and without prejudice as to the
4  claims of the putative class members. Each party to bear its own costs.

Dated: July 28, 2015

Respectfully submitted,

**DLA PIPER LLP (US)**

By:  /s/ Todd M. Noonan
       TODD M. NOONAN

Attorneys for Defendants
HARVEST POWER, INC.

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  /s/ Todd M. Friedman

Attorneys for Plaintiff
GLENN McMILLAN

-1-
STIPULATION OF DISMISSAL OF HARVEST POWER, INC.
CASE NO. 1:15-CV-00695-KJM-SMS

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On July 28, 2015, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: Joint Stipulation of Dismissal of Harvest Power, Inc., on the interested parties in said case as addressed as follows:

| | |
|---|---|
| RAJ N. SHAH<br>raj.shah@dlapiper.com<br>ROGER L. LONGTIN<br>roger.longtin@dlapiper.com<br>(Admitted *Pro Hac Vice*)<br>DLA PIPER LLP (US)<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>Tel: 312.368.4000<br>Fax: 312.251.5714 | TODD M. NOONAN (SBN 172962)<br>todd.noonan@dlapiper.com<br>DLA PIPER LLP (US)<br>400 Capitol Mall, Suite 400<br>Sacramento, California 95814-4428<br>Tel: 916.930.3206<br>Fax: 916.403.1651 |

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 8730 Wilshire Blvd., Suite 310, Beverly Hills, CA 90211.

Executed on July 28, 2015, at Beverly Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
    Todd M. Friedman