# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN McMILLAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, and GRO-WELL BRANDS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:15-cv-00695-DAD-SMS<br><br>ORDER GRANTING DEFENDANT GRO-WELL BRANDS, INC.'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT<br><br>(Doc. 65) |

This is a putative class action. Before the Court is Defendant Gro-Well Brands, Inc.'s May 25, 2016 e*x parte* application for additional time to respond to the amended complaint ("Application"). Doc. 65. Plaintiff filed a Response to the Application on May 26, 2016. Doc. 66.

Upon consideration of Defendant's Application and Plaintiff's Response, the Court finds good cause supporting Defendant's request. Further, the Court denies Plaintiff's request to include in this order language set forth in the Response or any language indicating that the extension should not be construed as a basis for delaying discovery.

Accordingly, the Court GRANTS Defendant Gro-Well Brands, Inc.'s *ex parte* application

///

///

1

for additional time.  The time by which Gro-Well Brands, Inc. has to file an answer to the amended complaint is extended to June 14, 2016.

IT IS SO ORDERED.

Dated:   **May 27, 2016**                              **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE