| | |
|---|---|
| RAJ N. SHAH<br>raj.shah@dlapiper.com<br>ROGER L. LONGTIN<br>roger.longtin@dlapiper.com<br>ERIC M. ROBERTS<br>eric.roberts@dlapiper.com<br>(Admitted *Pro Hac Vice*)<br>DLA PIPER LLP (US)<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>Tel: 312.368.4000<br>Fax: 312.251.5714<br><br>TODD M. NOONAN (SBN 172962)<br>todd.noonan@dlapiper.com<br>DLA PIPER LLP (US)<br>400 Capitol Mall, Suite 400<br>Sacramento, California 95814-4428<br>Tel: 916.930.3206<br>Fax: 916.403.1651<br><br>Attorneys for Defendant<br>GRO-WELL BRANDS, INC. | TODD M. FRIEDMAN (SBN 216752)<br>tfriedman@attorneysforconsumers.com<br>369 South Doheny Drive #415<br>Beverly Hills, California 90211<br>Tel: 877.206.4741<br>Fax: 866.663.0228<br><br>THOMAS A. ZIMMERMAN, JR.<br>tom@attorneyzim.com<br>MATTHEW C. DE RE<br>matt@attorneyzim.com<br>(Admitted *Pro Hac Vice*)<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 West Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>Tel: 312.440.0020<br>Fax: 312.440.4180<br><br>Attorneys for Plaintiff<br>GLENN McMILLAN |

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN McMILLAN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company, HARVEST POWER, INC., a Delaware corporation, and GRO-WELL BRANDS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 1:15-CV-00695-DAD-SKO<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Glenn McMillan, Defendant Lowe's Home Centers, LLC, and Defendant Gro-Well Brands, Inc., that all claims asserted in the Complaint by Mr. McMillan, in his individual capacity, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), but without prejudice as to any claims of the putative class members, and that each side shall bear its own costs.

Dated: July 12, 2017                Respectfully submitted,


**ZIMMERMAN LAW OFFICES, P.C.**


By:  /s/ *Matthew C. De Re*
    MATTHEW C. DE RE

Attorneys for Plaintiff
GLENN McMILLAN



**DLA PIPER LLP (US)**
By:  /s/ *Eric Roberts*
    ERIC M. ROBERTS

Attorneys for Defendant
GRO-WELL BRANDS, INC.


**HUNTON & WILLIAMS LLP**

By:  /s/ *Phillip J. Eskenazi*
    PHILLIP J. ESKENAZI

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

## **ORDER**

The foregoing stipulation is approved. Plaintiff Glenn McMillan's claims against the defendants are hereby dismissed with prejudice, but without prejudice as to any claims of the putative class members.

Dated: _____

DALE A. DROZD
United States District Judge

## **PROOF OF SERVICE**

The undersigned, an attorney, certifies that on July 12, 2017, he electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in said case:

[x] ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ *Matthew C. De Re*