# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GLENN MCMILLAN, individually, and on behalf of all other similarly situated,

        Plaintiff,

  v.

LOWE'S HOME CENTERS, LLC, et al.,

        Defendants.

_____/

Case No.  1:15-cv-00695-DAD-SKO

**ORDER DIRECTING CLERK TO CLOSE CASE**

**(Doc. 96)**

On July 12, 2017, the parties filed a Joint Stipulation of Dismissal with Prejudice, in which the parties notified the Court "that all claims asserted in the Complaint by [Plaintiff], in his individual capacity, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), but without prejudice as to any claims of the putative class members." (Doc. 96 at 2.)  This stipulation is signed by all parties who have appeared in this action. (*See id.*)  As such, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff has voluntarily dismissed (1) the claims Plaintiff brought in his individual capacity with prejudice, and (2) the claims of the putative class members without prejudice.  As all claims in this matter have been voluntarily dismissed, the Court DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:  __July 13, 2017__             _/s/ Sheila K. Oberto_

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28